IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TYRON L. HARDAWAY,** **on behalf of D.A.**, <br><br> Plaintiff, <br> v. <br><br> **DALLAS INDEPENDENT SCHOOL, DISTRICT,** *et al.*, <br><br> Defendant. | § § § § § § § § § § § Civil Action No. **3:12-CV-3295-L-BK** |

## **ORDER**

This case was referred for screening to United States Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on March 8, 2013, recommending that this action be dismissed without prejudice for lack of subject matter jurisdiction. No objections were filed to the Report.

After carefully considering the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses without prejudice** this action for lack of subject matter jurisdiction.

**It is so ordered** this 26th day of March, 2013.

Sam A. Lindsay
United States District Judge

Order – Solo Page